**S. AMANDA MARSHALL, OSB # 95347**
United States Attorney
District of Oregon
**JAMES E. COX, JR., OSB # 08565**
jim.cox@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon   97204-2902
Telephone:     (503) 727-1026
Facsimile      (503) 727-1117
Attorneys for Defendant the Department of the Army

THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **PARKER MICHAEL KNIGHT**, | Case No.: 3:13-cv-1211-BR |
| Plaintiff | |
| v. | **DEFENDANT'S MOTION TO DISMISS** |
| **DEPARTMENT OF THE ARMY**, | |
| Defendant. | |

Defendant, the Department of the Army, by S. Amanda Marshall, United States Attorney for the District of Oregon, and James E. Cox, Jr., Assistant United States Attorney for the District of Oregon, submits this motion to dismiss for lack of subject-matter jurisdiction and failure to state a claim for relief pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).   This motion is based on the accompanying memorandum of law, the Declaration of Lorenzo Ferguson, and all pleadings of record herein.   Pursuant to Local Rule 7-1, the parties made a good faith effort

/ / /

Page 1     Defendant's Motion to Dismiss
           *Knight v. Department of the Army*, Case No. 3:13-cv-1211-BR

through telephone conference to resolve this dispute and have been unable to do so.

Dated this 14th day of August, 2013.

                                        Respectfully Submitted,

                                        S. AMANDA MARSHALL
                                        United States Attorney
                                        District of Oregon

                                        */s/ James E. Cox, Jr.*
                                        JAMES E. COX, JR.
                                        Assistant United States Attorney
                                        Attorneys for Defendant Department of the Army

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing: **Defendant's Motion to Dismiss,** was placed in a postage prepaid envelope and deposited in the United States Mail according to established office procedure in the Office of the United States Attorney at Portland, Oregon, on August 14, 2013, addressed to:

Parker Michael Knight
45 SE 196th Ave.
Portland, Oregon 97233

                                           /s/ James E. Cox, Jr.
                                            JAMES E. COX, JR.