**S. AMANDA MARSHALL, OSB # 95347**
United States Attorney
District of Oregon
**JAMES E. COX, JR., OSB # 08565**
jim.cox@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon   97204-2902
Telephone:     (503) 727-1026
Facsimile        (503) 727-1117
Attorneys for Defendant the Department of the Army

THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **PARKER MICHAEL KNIGHT**, | Case No.: 3:13-cv-1211-BR |
| Plaintiff | |
| v. | DECLARATION OF LORENZO FERGUSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS |
| **DEPARTMENT OF THE ARMY**, | |
| Defendant. | |

# IN THE DISTRICT COURT OF MULTNOMAH COUNTY
# STATE OF OREGON

| | |
|---|---|
| **PARKER MICHAEL KNIGHT** | ) ) ) ) ) ) |
| Petitioner/Plaintiff, | ) NO. 130709588 ) ) ) |
| vs. | ) ) ) ) |
| **UNITED STATES ARMY** | ) ) ) ) |
| Respondent/Defendant, | ) ) ) ) ) ) |

## DECLARATION OF LORENZO FERGUSON

I, Lorenzo Ferguson, declare as follows:

1. I am the Chief, Operations and Records Branch, United States (U.S.) Army Claims Service, 4411 Llewellyn Avenue, Suite 5360, Fort Meade, Maryland 20755-5125. In this capacity, I have access to records of all claims against the U.S. for which the Army has investigative responsibility. This includes claims under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680, and other related tort claims statutes.

2. A thorough search of all records available to this Service has found that no administrative claim was filed by **PARKER MICHAEL KNIGHT** under the above mentioned statutes.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                                                   Lorenzo Ferguson  
                                                   Chief, Operations and Records  
                                                   U.S. Army Claims Service

Executed this 30th day of July 2013, at Fort George G. Meade, Maryland.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing: **Declaration of Lorenzo Ferguson in Support of Defendant's Motion to Dismiss,** was placed in a postage prepaid envelope and deposited in the United States Mail according to established office procedure in the Office of the United States Attorney at Portland, Oregon, on August 14, 2013, addressed to:

Parker Michael Knight
45 SE 196th Ave.
Portland, Oregon 97233

                                       */s/ James E. Cox, Jr.*
                                       JAMES E. COX, JR.