

**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY PHYSICAL DISABILITY AGENCY
2530 CRYSTAL DRIVE
ARLINGTON, VIRGINIA 22202

September 17, 2013

Mr. Parker M. Knight.
45 SE 196TH Avenue
Portland, OR 97233-5733

Dear Mr. Knight:

The purpose of this letter is to provide you information concerning corrections of your disability separation records as a result of the approval by the Deputy Assistant Secretary (DASA) of the Army Review Boards Agency. This approval was based on a recommendation by the Department of Defense Physical Disability Board of Review (PDBR).

Your original separation order has been amended, modifying your disability rating to 10% without recharacterization to your separation. A copy of the amendment is enclosed. Your severance pay amount is not affected by this change, because severance pay is not based on your rating.

If you have any further questions on your orders, please contact Mr. Albert Whitlock, Physical Disability Agency, at (703) 325-2724 or Albert.J.Whitlock.civ@mail.mil.

If you have any further questions pertaining to this decision, please contact Mr. Stacy Abrams, Army Review Boards Agency, at (703) 545-5668.

Sincerely,

David M. Turban
Chief, Operations Division

Enclosures



**DEPARTMENT OF VETERANS AFFAIRS**
Regional Office
100 SW Main Street
Portland OR 97204

October 24, 2013

In Reply Refer To: 348/217/FOIA
C/CSS- **621281997**

**Parker Knight**
**45 SE 196th Ave**
**Portland, OR. 97233**

Dear Sir:

We have received a request under the Privacy Act concerning a Department of Veterans Affairs
(VA) record pertaining to you.

We need additional time to determine whether VA has this record, to obtain the record from
another location, or to extract the information from VA files. We anticipate it may take 30-60
days to reply to your request.

This acknowledges receipt of your recent Freedom of Information Act (FOIA) - Privacy Act
request, and to inform you of the decision to grant to you access to the requested records if found,
and not exempted from disclosure by law. Any releasable sections of the requested records shall
be provided to you after deletion of the parts that are exempt. You may expect to receive a
response as promptly as possible.

## Do You Have Questions Or Need Assistance?
If you have any questions, please call toll-free by dialing 1-800-827-1000. Our TDD number for
the hearing impaired is 1-800-829-4833. *If you call, please have this letter with you.*

## Register Now for eBenefits
As a registered eBenefits user you can access personalized VA information, apply for benefits
online, and check VA claim status. For registration information:

- Call 1-800-827-1000 and select option 7 or;
- contact us at www.ebenefits.va.gov or;
- visit the VA Regional Office at the address listed at the top of this letter.

Sincerely yours,

*K. Kalama*

K. Kalama
Veterans' Service Center Manager



**DEPARTMENT OF THE ARMY**
ARMY REVIEW BOARDS AGENCY
251 18TH STREET SOUTH, SUITE 385
ARLINGTON, VA 22202-3531

AUG 2 1 2013

AR20130014775, Knight, Parker M. (Oh, Hyunseok M.)


Mr. Parker M. Knight
45 SE 196th Avenue
Portland, OR 97233-5733


Dear Mr. Knight:

The Department of Defense Physical Disability Board of Review (DoD PDBR) reviewed your application and found that your disability rating should be modified but not to the degree that would justify changing your separation for disability with severance pay to a permanent retirement with disability. I have reviewed the Board's recommendation and record of proceedings (copy enclosed) and I accept its recommendation. This will not result in any change to your separation document or the amount of severance pay. A copy of this decision will be filed with your Physical Evaluation Board records. I regret that the facts of the case did not provide you with the outcome you may have desired.

This decision is final. Recourse within the Department of Defense or the Department of the Army is exhausted; however, you have the option to seek relief by filing suit in a court of appropriate jurisdiction.

A copy of this decision has also been provided to the Department of Veterans Affairs.

Sincerely,

W.A. (Bud) Shatzer
Acting Deputy Assistant Secretary
(Army Review Boards)


Enclosure


Printed on Recycled Paper



**DEPARTMENT OF THE AIR FORCE**
WASHINGTON, DC

**Office of the Assistant Secretary**

Physical Disability Board of Review
1500 West Perimeter Road, Suite 3700
Joint Base Andrews MD 20762

MEMORANDUM FOR THE DIRECTOR, ARMY REVIEW BOARDS AGENCY

SUBJECT: Physical Disability Board of Review Recommendation on Parker M. Knight (Oh, Hyunseok M.)
Case Number: PD-2013-00151

In accordance with Title 10 § 1554a and in compliance with DoDI 6040.44, the Physical Disability Board of Review (PDBR) convened on June 18, 2013 to review the disability rating accompanying the medical separation of the covered individual from the United States Army. After carefully reviewing the application and medical separation case file, the PDBR recommended modification of the disability rating previously assigned to reflect a combined rating of 10% rather than 0%, without re-characterization of the separation.

I have reviewed the application and Record of Proceedings and I recommend you accept this proposed decision.

As a reminder, a copy of your decisional documents must be provided to the PDBR at the following address:

Physical Disability Board of Review
1500 West Perimeter Road, Suite 3700
Joint Base Andrews MD 20762

Sincerely,

DAVIS.JAMES Digitally signed by DAVIS.JAMES.A.1049403751
.A.1049403751 DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USAF, cn=DAVIS.JAMES.A.1049403751
Date: 2013.06.13 13:45:12 -04:00

JAMES A. DAVIS, DAF
President
Physical Disability Board of Review

Attachments
1. Record of Proceedings
2. Case File

RECORD OF PROCEEDINGS
PHYSICAL DISABILITY BOARD OF REVIEW

NAME: KNIGHT, PARKER M. (OH, HYUNSEOK M.)          CASE: PD1300151
BRANCH OF SERVICE: ARMY                            BOARD DATE: 20130618
DATE OF SEPARATION: 20070918

SUMMARY OF CASE: Data extracted from the available evidence of record reflects that this covered individual (CI) was an active duty SPC/E-4 (25B20/Information Systems Operator-Analyst) medically separated for right knee chondromalacia. In October of 2006 he underwent a right knee arthroscopy which found some diffuse chondromalacia, but no meniscal pathology or ligamentous injury. The condition could not be adequately rehabilitated to meet the physical requirements of his Military Occupational Specialty (MOS) or satisfy physical fitness standards. He was issued a permanent L3 profile and referred for a Medical Evaluation Board (MEB). The right knee condition was forwarded to the Informal Physical Evaluation Board (IPEB) as medically unacceptable IAW AR 40-501. The MEB also identified and forwarded left knee pain, obstructive sleep apnea (OSA), depressive disorder and low back pain (LBP) conditions, judged to meet retention standards. The IPEB adjudicated the right knee chondromalacia condition as unfitting, rated 0%. The remaining conditions were determined to be not unfitting and therefore not rated. The CI appealed to the Formal PEB, which affirmed the IPEB findings and rating. The CI then appealed to the Army Review Boards Agency, which also substantiated the IPEB findings due to no new evidence being provided. Finally the CI appealed to the Board for Correction of Military Records (BCMR) which also denied his case. The CI was then medically separated.

CI CONTENTION: "Veterans Affairs awarded "Total and Permanent" Disability rating."

SCOPE OF REVIEW: The Board's scope of review is defined in DoDI 6040.44, Enclosure 3, paragraph 5.e. (2). It is limited to those conditions determined by the PEB to be unfitting for continued military service and those conditions identified but not determined to be unfitting by the PEB when specifically requested by the CI. The rating for the unfitting right knee condition is addressed below. The Board acknowledges the CI's implied contention for ratings of his left knee, OSA, depressive disorder and low back conditions, noted above, which were determined to be not unfitting by the PEB; and, emphasizes that disability compensation may only be offered for those conditions that cut short the member's career. Should the Board judge that any contended condition was incompatible with the specific duty requirements; a disability rating IAW the Veterans Affairs Schedule for Rating Disabilities (VASRD) based on the degree of disability evidenced at separation, will be recommended. The Disability Evaluation System has neither the role nor the authority to compensate members for anticipated future severity or potential complications of conditions resulting in medical separation. That role and authority is granted by Congress to the Department of Veterans Affairs (DVA), operating under a different set of laws. Board considers DVA evidence proximate to separation in arriving at its recommendations; and, DoDI 6040.44 defines a 12-month interval for special consideration to post-separation evidence. Post-separation evidence is probative to the Board's recommendations only to the extent that it reasonably reflects the disability at the time of separation. Any conditions or contention not requested in this application, or otherwise outside the Board's defined scope of review, remain eligible for future consideration by the BCMR.

RATING COMPARISON:

| Service FPEB – Dated 20070713 | | | VA – (1 Mos. Pre –Separation) | | | |
|---|---|---|---|---|---|---|
| **Condition** | **Code** | **Rating** | **Condition** | **Code** | **Rating** | **Exam** |
| Rt Knee Chondromalacia | 5099-5003 | 0% | Chondromalacia, Rt Knee | 5260-5014 | 10% | 20070825 |
| Lt Knee Pain | Not Unfitting | | Meniscus Tear, Lt Knee | 5259 | 10% | 20070825 |
| OSA | Not Unfitting | | OSA | 6847 | 30% | 20070825 |
| Depressive Disorder | Not Unfitting | | Depressive Disorder, PTSD | 9411 | 30% | 20070825 |
| Lumbago | Not Unfitting | | Low Back Strain w/ L4-5 Disc Dessication | 5243 | 0% | 20070825 |
| No Additional MEB/PEB Entries | | | Other x 4 | | | 20070825 |
| **Combined: 0%** | | | **Combined: 70%** | | | |

Derived from VA Rating Decision (VARD) dated 20071025 (most proximate to date of separation [DOS]).

ANALYSIS SUMMARY:

Right Knee Chondromalacia Condition. The goniometric range-of-motion (ROM) evaluations in evidence which the Board weighed in arriving at its rating recommendation, with documentation of additional ratable criteria, are summarized in the chart below.

| Right Knee ROM (Degrees) | Ortho MEB ~7 Mo. Mo. Pre-Sep (20070222) | VA C&P ~1 Mo. Pre-Sep (20070825) |
|---|---|---|
| Flexion (140 Normal) | 135 | 130 |
| Extension (0 Normal) | 0 | 0 |
| Comment | Avg of 3 Mild tenderness No instability Normal gait | Tenderness Painful motion No instability Normal gait |
| §4.71a Rating | 0% | 10% |

The CI initially presented with right knee pain in February and March 2006 related to excessive physical activity and a trailer striking the right knee while on TDY. Magnetic resonance imaging (MRI) on 9 March 2006 showed a subtle partial tear and degeneration of the right lateral meniscus. He underwent right knee arthroscopy in October 2006 with a finding of diffuse chondromalacia, but no meniscal pathology or ligamentous injury. Persisting pain resulted in referral to MEB in January 2007. The MEB physical exam on 9 February 2007 documented on a DD Form 2808, noted right knee peripatellar tenderness, without swelling. ROM was full and strength was normal. A 16 February 2007 clinic examination noted a normal gait. The orthopedic MEB narrative summary (NARSUM) performed 7 months prior to separation, noted CI reported bilateral knee pain. Exam of right knee revealed mild tenderness to palpation (TTP) along the medial joint line without swelling. The ROM listed in the chart was based on an average of three measurements and was essentially normal. There was no ligamentous instability and strength was normal in the right lower extremity. The orthopedics examiner noted that the right knee MRI findings of a medial meniscus tear and a partial tear of the anterior cruciate ligament were not confirmed at the time of arthroscopic examination. Diagnosis was right knee chondromalacia. A 22 August 2007 podiatry examination recorded a normal gait. At the VA Compensation and Pension exam 25 August 2007, performed a month prior to separation, the CI reported daily, constant pain in both knees 7-8 with medications and 9-10 out of 10 without medications. Pain was worse with prolonged standing. He did not use a cane or crutches but used knee brace bilaterally. Right knee ROM is listed in the chart above and was comparable to the MEB examination. Painful motion was noted. There was tenderness of the medial and anterior knee. Gait and strength were normal.

The Board directs attention to its rating recommendation based on the above evidence. The PEB rated the right knee chondromalacia condition 0% and coded it 5099-5003 status post

2                                                          PD1300151

arthroscopy. The VA rated the chondromalacia right knee condition 10% and coded it 5260-5014 for limited and painful motion. There was no limitation of motion that attained a minimum rating under the diagnostic codes for limitation of motion (5260 flexion, 5261 extension). There was no instability or meniscus pathology for ratings under the respective codes (5257, 5258, 5259). Arthroscopic findings of patellofemoral chondromalacia supported pain with use. There was sufficient evidence to support a 10% rating considering VASRD §4.59 (Painful motion), and VASRD §4.40 (Functional loss). After due deliberation, considering all of the evidence and mindful of VASRD §4.3 (Reasonable doubt), the Board recommends a disability rating of 10% for the chondromalacia, right knee condition.

Contended PEB Conditions. The Board's main charge is to assess the fairness of the PEB's determination that the left knee pain, lumbago, OSA and depressive disorder conditions were not unfitting. The Board's threshold for countering fitness determinations is higher than the VASRD §4.3 (Reasonable doubt) standard used for its rating recommendations, but remains adherent to the DoDI 6040.44 "fair and equitable" standard.

Contended Left Knee Pain Condition. In December 2006 the CI reported left knee pain incurred when the right knee was initially injured in February 2006. Although the CI reported a generator had fallen onto both his knees, primary treatment records at the time of the initial right knee injury recorded a trailer had struck him on the right knee without any mention of left knee injury. Treatment records were silent with regard to left knee pain prior to this time and the CI stated that the right knee hurt so much more he didn't worry about the left knee. The CI reported the left knee hurt with any activity, has "buckled" and caused him to fall on occasion. An MRI of the left knee on 19 January 2007 reported evidence of a torn medial meniscus. The MEB physical exam on 9 February 2007 (DD Form 2808) noted left knee exam showed tenderness without swelling, with full ROM. An orthopedic examination of the left knee 12 February 2007 noted tenderness with absence of locking and instability. A clinic examination 16 February 2007 recorded normal gait. The orthopedic MEB NARSUM reported normal left knee motion (flexion of 135 degrees, extension 0 degrees), with mild tenderness. There was no instability, strength was normal, and gait was normal. The orthopedic surgeon concluded the abnormal MRI findings of the left knee were most likely inaccurate in light of the absence of correlating clinical findings and the fact that the right knee had similar MRI findings that were not confirmed at surgery. Orthopedic examination demonstrated normal ROM (flexion 150, extension 0) without instability or joint line tenderness. Anterior knee tenderness was noted. The orthopedic surgeon noted minimal true mechanical symptoms to correlate with the left knee MRI examination. The left knee was never profiled and the final P3 profile did not include a disability of the left knee. The commander's statement never referenced findings related to the left knee and it was not judged to fail retention standards. There was no performance based evidence from the record that this condition significantly interfered with satisfactory duty performance.

Contended Lumbago Condition. Service treatment records demonstrate a history of recurring LBP since 2002. MRI showed a minimal disc bulge at L4 with early degeneration. A clinic examination 28 February 2007 recorded normal contour, full ROM, with normal gait, strength and reflexes. Physical medicine evaluation noted absence of radiculopathy, unremarkable MRI and a normal back examination with normal strength. There was diffuse superficial tenderness to palpation. The physical medicine specialist concluded the back pain met retention standards. The lumbago was profiled (lumbar degenerative disc disease) and was implicated in the commander's statement but was not judged to fail retention standards by the MEB. The Board determined that the preponderance of evidence indicated that the lumbago condition was not unfitting for continued military service.

Contended Obstructive Sleep Apnea (OSA) Condition. CI was diagnosed with mild OSA after polysomnogram on 13 January 2006. Continuous positive airway pressure (CPAP) was the

recommended treatment but CI did not return for follow up in sleep clinic until 2 March 2007. He was referred to otolaryngology for further evaluation because he preferred corrective surgery to CPAP. An ear, nose, and throat addendum for sleep apnea noted that he met retention standards. The OSA was never profiled nor implicated in the commander's statement.

Contended Depressive Disorder Condition. CI had a history of childhood physical and emotional abuse and made a suicide attempt at 10 years old. He described hazing, racial harassment, and sexual assault during deployment to Iraq 2004. At the same time, he learned his wife had filed for divorce, delivered a baby that was not his, and took all his possessions. He described most of his military experience as negative. He was seen in the combat stress clinic in Iraq for about 4 sessions. He returned from Iraq in February 2005. He began treatment for posttraumatic stress disorder and depression in October 2005 with Wellbutrin, which he felt was mostly effective. A psychiatry MEB consult on 3 April 2007 rendered a diagnosis of depressive disorder not otherwise specified that did not fail retention standards. This condition was never profiled nor was it implicated in the commander's statement.

All contended conditions were reviewed and considered by the Board. There was no performance based evidence from the record that any of these conditions significantly interfered with satisfactory duty performance. After due deliberation in consideration of the preponderance of the evidence, the Board concluded that there was insufficient cause to recommend a change in the PEB fitness determinations for lumbago, left knee pain, OSA, and depressive disorder and so no additional disability ratings are recommended.

BOARD FINDINGS: IAW DoDI 6040.44, provisions of DoD or Military Department regulations or guidelines relied upon by the PEB will not be considered by the Board to the extent they were inconsistent with the VASRD in effect at the time of the adjudication. In the matter of the right knee condition, the Board unanimously recommends a disability rating of 10%, coded 5099-5003 IAW VASRD §4.71a, §4.59, and §4.40. In the matter of the contended lumbago, left knee pain, OSA, and depressive disorder conditions, the Board unanimously recommends no change from the PEB determinations as not unfitting. There were no other conditions within the Board's scope of review for consideration.

RECOMMENDATION: The Board recommends that the CI's prior determination be modified as follows, effective as of the date of his prior medical separation:

| UNFITTING CONDITION | VASRD CODE | RATING |
|---|---|---|
| Right Knee Chondromalacia | 5099-5003 | 10% |
| | **COMBINED** | **10%** |

The following documentary evidence was considered:

Exhibit A.  DD Form 294, dated 20130403, w/atchs
Exhibit B.  Service Treatment Record
Exhibit C.  Department of Veterans' Affairs Treatment Record

DAVIS.JAMES.A.1049403751

JAMES A. DAVIS, DAF
President
Physical Disability Board of Review



DEPARTMENT OF VETERANS AFFAIRS
810 Vermont Ave NW
Washington, D.C. 20420

August 8, 2012

PARKER Michael Knight                                    In Reply Refer to:
4635 SW MUELLER DR                                       xxx-xx-1997
APT E105 BEAVERTON, OR 97007                             27/eBenefits

Dear Mr. Knight:

We are providing you with this letter so you may receive commissary store and exchange privileges from the Armed Forces. This is to certify PARKER Michael Knight is an honorably discharged veteran of the Army and is entitled to disability compensation at the 100 percent rate due to service-connected disability(ies).

This total disability is considered permanent. You are not scheduled for future examinations.

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.ebenefits.va.gov or http://www.va.gov.
- Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.
- Ask a question on the Internet at https://iris.va.gov.

Sincerely,

*Robert T. Reynolds*

Robert T. Reynolds, Director
Benefits Assistance Service

Enclosure: DD Form 1172

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER | | |
|---|---|---|---|---|
| OH, HYUNSEOK MICHAEL | ARMY/RA | 621 | 28 | 1997 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| SGT | E05 | 19760222 | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| LOS ANGELES, CALIFORNIA | 11303 ELMHURST DRIVE NORWALK CALIFORNIA 90650 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 0057SCOPS BN REAR FC | FORT HOOD, TX 76544-5056 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| N/A | AMOUNT: $400,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 25B20 INFO SYS OPR-ANALYST - 1 YRS 1 MOS// 25Q20 MULTICH TRANS OP/MNT - 5 YRS 1 MOS// NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2002 | 01 | 31 |
| | b. SEPARATION DATE THIS PERIOD | 2007 | 09 | 18 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0005 | 07 | 18 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| | f. FOREIGN SERVICE | 0001 | 00 | 06 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2007 | 09 | 18 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| ARMY GOOD CONDUCT MEDAL (2ND AWARD)//NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//IRAQ CAMPAIGN MEDAL//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON// NOTHING FOLLOWS | INFORMATION SYSTEMS OPERATOR ANALYST COURSE, 24 WEEKS, 2002//MULTICHANNEL TRANSMISSION SYSTEMS OPERATOR MAINTAINER COURSE, 12 WEEKS, 2006//PROMINA 800 SERIES MAP OPERATIONS CONFIGURATION AND HARDWARE MAINTAINENCE COURSE, 2 WEEKS, 2005//SYSTEMS ADMINISTRATOR SECURITY AND NETWORK MANAGER//CONT IN BLOCK 18 |

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | YES | | NO |
|---|---|---|---|---|
| | | YES | X | NO |
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | | X | YES | NO |

| 16. DAYS ACCRUED LEAVE PAID 53.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | | X |

| 18. REMARKS /////////////////////////////////////////////////////////////////////////////////////// |
|---|
| IMMEDIATE REENLISTMENTS THIS PERIOD -- 20050525-20070918//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20011126-20020130//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN IRAQ 20040109-20050114//DISABILITY SEVERANCE PAY -- $26056.80//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//CONT FROM BLOCK 14: SECURITY COURSE, 2 WEEKS, 2006//NOTHING FOLLOWS |

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address – Include ZIP Code) |
|---|---|
| 4210 FAWN DRIVE KILLEEN TEXAS 76542 | ABSOON OH 11303 ELMHURST DRIVE NORWALK CALIFORNIA 90650 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | TX | DIRECTOR OF VETERANS AFFAIRS | X | YES | NO |
|---|---|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| *Hyunseok Michael Oh* | BRICE JEFFERSON, GS07, LEAD HR ASST TRANS CENTER |

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) | |
|---|---|---|
| DISCHARGE | HONORABLE | |
| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
| AR 635-40, PARA 4-24B(3) | JFL | 3 |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| DISABILITY, SEVERANCE PAY |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) HMO |
|---|---|
| NONE | |

| DD FORM 214-AUTOMATED, FEB 2000 | PREVIOUS EDITION IS OBSOLETE GENERATED BY TRANSPROC | MEMBER - 4 |
|---|---|---|

**OREGON DEPARTMENT OF HUMAN SERVICES**
**CENTER FOR HEALTH STATISTICS**
2011-2546 **APPLICATION, LICENSE, AND RECORD OF MARRIAGE**   136-

Local File Number                                                        State File Number

County Washington    License Effective On or After September 30, 2011   License Expires (Month, Day, Year) November 28, 2011

| 1. Groom's Name  First  Hyunseok  Middle  Michael  Last  Oh |
|---|
| 2. Birthplace (State or Foreign Country)  South Korea | 3. Date of Birth (Month, Day, Year)  February 22, 1976 | 4. Age (18 or older, 17 with consent)  35 |
| 5. Sex  Male | 6. Occupation  Disabled Person | 7. Previous Marital Status (Single, Widowed, Divorced)  Divorced |
| 8a. Father's Name (First, Middle, Legal Surname Prior to 1st Marriage)  Sehyun  Oh | 8b. Birthplace (State or Foreign Country)  South Korea |
| 9a. Mother's Name (First, Middle, Legal Surname Prior to 1st Marriage)  Aesoon  Oh  (son) | 9b. Birthplace (State or Foreign Country)  South Korea |
| 10a. Groom's Address  Street and Number  4635 SW Mueller Drive APT E105 | City or Town | State/County | Zip 97007 | 10b. County of Residence  Washington |
| 11. Groom's Legal Name Taken After Marriage  First  Hyunseok  Middle  Michael  Last  Knight |

| 12a. Bride's Name  First  Eliza  Middle  Forest  Last  Knight |
|---|
| 12b. Maiden Surname (If different) | 12c. Previous Name (If different) |
| 13. Birthplace (State or Foreign Country)  Massachusetts | 14. Date of Birth (Month, Day, Year)  October 25, 1975 | 15. Age (18 or older, 17 with consent)  35 |
| 16. Sex  Female | 17. Occupation  Massage therapist | 18. Previous Marital Status (Single, Widowed, Divorced)  Single |
| 19a. Father's Name (First, Middle, Legal Surname Prior to 1st Marriage)  Jeff Miller Knight | 19b. Birthplace (State or Foreign Country)  Pennsylvania |
| 20a. Mother's Name (First, Middle, Legal Surname Prior to 1st Marriage)  Judy Jones | 20b. Birthplace (State or Foreign Country)  Virginia |
| 21a. Bride's Address  Street and Number  4635 SW Mueller Drive APT E105 | City or Town  Beaverton | State/County OR | Zip 97007 | 21b. County of Residence  Washington |
| 22. Bride's Legal Name Taken After Marriage  First  Eliza  Middle  Forest  Last  Knight |

23. ☐ Bride    Name and Address Affiant _____
24. ☐ Groom    Name and Address Affiant _____

We hereby certify that the information provided is correct to the best of our knowledge and belief and that we are free to marry under the laws of this state.

| 25. Groom's Legal Signature  Hyunseok Oh    Date 9-26-11 | 26. Bride's Legal Signature  Eliza Knight    Date 9-26-11 |
|---|---|

Neither you nor your spouse is the property of the other. The Laws of the State of Oregon affirm your right to enter into marriage and at the same time to live within the marriage free from violence and abuse.

This license authorizes the marriage in this state of the parties named above by any person duly authorized to perform a marriage ceremony under the laws of the State of Oregon.

| 27. Date License Issued  September 27, 2011 | 28. Signature of Issuing Official  Dombryx | 29. Title of Issuing Official  Deputy |
|---|---|---|
| 30a. Date of Marriage  9-30-11 | 30b. Where Married - (City, Town or Location)  Hillsboro | 30c. County  Washington   **OREGON** |

31a. I certify that the above named persons were married on the date listed above (30a).
Signature of Person Performing Ceremony (Officiant)
Donald R. Letourneau                                    31b. Title  Circuit Court Judge

| 31c. Print Name and Address of Officiant (Person Performing Ceremony)  Name:  Donald R Letourneau  Address:  150 N 1st Avenue  Hillsboro, Oregon 97124  Phone:  503-846-7418 | 31d. Name and Address of the Authorizing Religious Congregation or Organization of Officiant  Name:  State of Oregon  Address:  141 State Capitol, Salem, Oregon  Phone:  1-503-986-1116 |
|---|---|
| 32. Witness Name (Print)  Michele Banks | 33. Witness Name (Print)  Mehelle Schuster |

34. Signature of County Official
Richard W. Hobernicht, Director Assessment & Taxation  CW
& Ex-Officio County Clerk          **REEL 170        PAGE 961        OCT 0 5 2011**



I, Richard W. Hobernicht, Director of Assessment and Taxation and Ex-Officio County Clerk for Washington County, do hereby certify this to be a true and correct copy of the original.

Date: October 7, 2011
By: Prstram, Deputy

COPY / FILED SEPARATE

2011 NOV 30   AM 11: 10

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF WASHINGTON

In the Matter of the Name Change of

Case No. C11-0363NC

_Hyunseok_ _Michael_ _Knight_
First     Middle     Last
**(Your Present Legal Name)**

to

**GENERAL JUDGMENT
OF NAME CHANGE
(Form 5)**

_Parker_ _Michael_ _Knight_
First     Middle     Last
**(Your New Name)**

The Court is satisfied that the Petition for change of name should be granted; therefore it is
hereby

ORDERED AND ADJUDGED,

the name of _Hyunseok_ _Michael_ _Knight_ is hereby
First     Middle     Last

changed to _Parker_ _Michael_ _Knight_ and notice
First     Middle     Last

of the name change shall be posted in a public place in Washington County as required by law.

Dated: _November 30, 2011._

_Rita Batz Cobb_
Circuit Court Judge

Certified To Be A True And
Correct Copy Of The Original

Date_____ 11/30/11
TRIAL COURT ADMINISTRATOR
Washington County
By:_____ LOtHandring



**DEPARTMENT OF VETERANS AFFAIRS**
**Regional Office**
100 SW Main St Fl 2
Portland OR  97204-2998

February 5, 2013

**PARKER M KNIGHT**
45 SE 196TH AVE
PORTLAND. OR 97233

In Reply Refer To:  348
                          CSS 621 28 1997
                          KNIGHT, Parker Michael

Dear Mr. Knight:

This is to certify that, as a veteran of the United States Armed Forces, you have a currently
effective service-connected disability rating of 100 percent.  This statement may be submitted to
the County Assessor in connection with your application for property tax exemption.

Sincerely yours,

*K. Kalama*
K. Kalama
Veterans Service Center Manager

E-mail us at:   https://iris.va.gov



SOCIAL SECURITY ADMINISTRATION

Portland OR 97236
1792S SE Division St
Social Security Administration

Date: July 25, 2013
Claim Number: XXX-XX-1997A
XXX-XX-1997DI

RECEIVED

PARKER MICHAEL KNIGHT
45 SE 196TH AVE
PORTLAND OR 97233-5733

JUL 2 5 2013

Portland Eas
FO 940

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2012, the full monthly
   Social Security benefit before any deductions is......$ 1322.40

     We deduct $104.90 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 1217.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For
   example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the fourth Wednesday of
   each month.

## VERIFICATION OF MILITARY EXPERIENCE AND TRAINING

| 1. LAST NAME - FIRST NAME - MIDDLE NAME<br><br>OH HYUNSEOK MICHAEL | 2. PAY GRADE<br><br>E-4 | 3. YEAR(S) IN SERVICE<br><br>5 |
| --- | --- | --- |
| 4. MILITARY SERVICE AND COMPONENT<br><br>ARMY, ACTIVE | | 5. DATE OF INFORMATION<br><br>2012 OCT 01 |

6. EXPERIENCE AND TRAINING HISTORY (*In reverse chronological order*) AND RELATED INFORMATION

------ **EXPERIENCE HISTORY:** ------

**OCCUPATION:  25B, Information Technology Specialist**

**PRIMARY OCCUPATION:**
   ARMY, ACTIVE: SPECIALIST 4, Skill Level 10
   AUG 2006 - SEP 2007 (1 Year 1 Month)

**DUTY OCCUPATION:**
   ARMY, ACTIVE: SPECIALIST 4, Skill Level 10
   AUG 2006 - SEP 2007 (1 Year 1 Month)

**OCCUPATION DESCRIPTION FROM SERVICE FILE FOR: 25B**
(Description dates SEP 2004 - SEP 2010)
   Information systems operator-analyst supervises, installs, operates and performs unit level maintenance on multi-functional/multi-user information processing systems, peripheral equipment, and associated devices in mobile and fixed facilities; performs analyst and information assurance functions; constructs, edits, and tests computer system programs; conducts data system studies and prepares documentation and specifications for proposals; operates and performs Preventive Maintenance Checks and Services (PMCS) on assigned vehicles and power generators.
   SKILL LEVEL: 10 Installs, operates, and performs unit maintenance on multi-functional/multi-user information processing systems and peripheral equipment and auxiliary devices. Performs input/output data control and bulk data storage operations. Transfers data between information processing equipment and systems. Troubleshoots automation equipment and systems to the degree required for isolation of malfunctions to specific hardware or software. Restores equipment to operation by replacement of line replaceable unit (LRU). Performs system administration functions for the tactical Defense Message Systems. Installs, operates, performs strapping, restrapping, PMCS and unit level maintenance on COMSEC devices. Assists in the design, preparation, editing, and testing of computer programs. Drafts associated technical documentation for program reference and maintenance purposes. Modifies existing application packages using application and operating system software and appropriate computer language commands and files.

**OCCUPATION DESCRIPTION FROM AMERICAN COUNCIL ON EDUCATION FOR: 25B**
(MOS-25B-001, Exhibit dates JAN 2005 - JUN 2007)
   Supervises, installs, operates, and performs maintenance on multifunction/multiuser information processing systems, peripheral equipment, and associated devices in mobile and fixed facilities; writes and tests computer retrieval programs; prepares documentation for assigned duties.
   SKILL LEVEL 10: Operates and performs unit maintenance on multi-functional/multi-user information processing systems and peripheral equipment; transfers data between information processing equipment and systems; isolates malfunctions; assists in design and testing of computer programs; drafts technical documentation.

**CREDIT RECOMMENDATION FROM AMERICAN COUNCIL ON EDUCATION FOR: 25B**
(MOS-25B-001, Exhibit dates JAN 2005 - JUN 2007)
   Credit may be granted on the basis of an individualized assessment of the student (6/97)(1/11).

**RELATED CIVILIAN OCCUPATION FOR: 25B**

Computer Operators (ONET 43-9011.00)

---

**OCCUPATION: 25Q, Multichannel Transmission Systems Operator-Maintainer**

**PRIMARY OCCUPATION:**
ARMY, ACTIVE: SPECIALIST 4, Skill Level 10
SEP 2004 - AUG 2006 (1 Year 11 Months)

**DUTY OCCUPATION:**
ARMY, ACTIVE: SPECIALIST 4, Skill Level 10
SEP 2004 - AUG 2006 (1 Year 11 Months)

**OCCUPATION DESCRIPTION FROM AMERICAN COUNCIL ON EDUCATION FOR: 25Q**
(MOS-25Q-002, Exhibit dates OCT 2004 - OCT 2012)
Supervise, install, operate, and perform unit level maintenance on multichannel line-of-site and tropospheric scatter communications systems, communications security (COMSEC) devices, and associated equipment. Operates and performs preventive maintenance checks and services (PMCS) on assigned vehicles. Installs, operates, and performs preventive maintenance checks and services (PMCS) on power generators.
SKILL LEVEL 10: Installs, operates, and performs unit level maintenance on multichannel line-of-site and tropospheric scatter communications systems, antennas and associated equipment. Analyzes BIT/BITE diagnostics to isolate faults to the Line Replaceable Unit (LRU). Installs, operates, perform strapping, restrapping, preventive maintenance checks and services (PMCS), and unit level maintenance on communications security (COMSEC) devices. Operates and performs Preventive Maintenance Checks and Services (PMCS) on assigned vehicles. Installs, operates, and performs preventive maintenance checks and services (PMCS) on assigned power generators.

**CREDIT RECOMMENDATION FROM AMERICAN COUNCIL ON EDUCATION FOR: 25Q**
(MOS-25Q-002, Exhibit dates OCT 2004 - OCT 2012)
Credit may be granted on the basis of an individualized assessment of the student (2/09)(2/09).

**OCCUPATION DESCRIPTION FROM SERVICE FILE FOR: 25Q**
(Description dates SEP 2004 - OCT 2012)
Multichannel transmission systems operator-maintainer supervise, install, operate, and perform unit level maintenance on multichannel line-of-site and tropospheric scatter communications systems, communications security (COMSEC) devices, and associated equipment. Operates and performs preventive maintenance checks and services (PMCS) on assigned vehicles. Installs, operates, and performs PMCS on power generators.
SKILL LEVEL 10: Installs, operates, and performs unit level maintenance on multichannel line-of-site and tropospheric scatter communications systems, antennas and associated equipment. Analyzes BIT/BITE diagnostics to isolate faults to the Line Replaceable Unit (LRU). Installs, operates, performs strapping, restrapping, PMCS, and unit level maintenance on COMSEC devices. Operates and performs Preventive Maintenance Checks and Services (PMCS) on assigned vehicles. Installs, operates, and performs PMCS on assigned power generators.

**RELATED CIVILIAN OCCUPATIONS FOR: 25Q**
Communications Equipment Operators, All Other (ONET 43-2099.00)
Illustrator, Set (DOT 141.061-030)
Letterer (DOT 970.661-014)
Painter (DOT 144.061-010)
Radio Mechanics (ONET 49-2021.00)
Sign Writer, Hand (DOT 970.281-022)
Telecommunications Equipment Installers and Repairers, Except Line Installers (ONET 49-2022.00)

---

**OCCUPATION: 31R, Multichannel Transmission Systems Operator/Maintainer**

**PRIMARY OCCUPATION:**
ARMY, ACTIVE: SPECIALIST 4, Skill Level 10
FEB 2002 - SEP 2004 (2 Years 7 Months)

**DUTY OCCUPATION:**
ARMY, ACTIVE: SPECIALIST 4, Skill Level 10
FEB 2002 - SEP 2004 (2 Years 7 Months)

**OCCUPATION DESCRIPTION FROM AMERICAN COUNCIL ON EDUCATION FOR: 31R**
(MOS-31R-001, Exhibit dates FEB 1995 - JAN 2005)
Supervises or performs installation, operation, and unit-level maintenance on multichannel line of site and tropospheric scatter communications systems, communications security devices, and associated equipment.
SKILL LEVEL 10: Under supervision, installs, operates, and performs unit-level maintenance on multichannel line of site and tropospheric scatter communications systems, antennas, and associated equipment.

**CREDIT RECOMMENDATION FROM AMERICAN COUNCIL ON EDUCATION FOR: 31R**
(MOS-31R-001, Exhibit dates FEB 1995 - JAN 2005)
Credit may be granted on the basis of an individualized assessment of the student (7/97)(7/97).

**RELATED CIVILIAN OCCUPATIONS FOR: 31R**
All Other Communications Equipment Mechanics, Installers, And Repairers (OES 85599)
Antenna Installer, Satellite Communications (DOT 823.261-022)
Communications Equipment Operators, All Other (ONET 43-2099.00)
Data Processing Equipment Repairers (OES 85705)
Electrician, Radio (DOT 823.281-014)
Electronics Mechanic (DOT 828.261-022)
Electronics Repairers, Commercial And Industrial Equipment (OES 85717)
Radio Mechanic (DOT 823.261-018)
Radio Mechanics (OES 85514)
Radio Mechanics (ONET 49-2021.00)
Radio Operators (ONET 27-4013.00)
Telecommunications Equipment Installers and Repairers, Except Line Installers (ONET 49-2022.00)

**ADDITIONAL QUALIFICATION(S):**

**ARMY:**

**SECONDARY OCCUPATION:**
25Q - Multichannel Transmission Systems Operator-Maintainer
AUG 2006 - SEP 2007

**ADDITIONAL SKILL IDENTIFIER:**
7D  - Assignment Oriented Training (AOT)
AUG 2005 - SEP 2006

** Note: Experience history data not available prior to FY 75 **

**TRAINING HISTORY: COURSES SUCCESSFULLY COMPLETED**

** Note: Description, Length, or Credit Recommendation will not be displayed for a course if that information is not available. **

**MILITARY TRAINING: OCT 2010 - OCT 2010, OCT 2009 - OCT 2009, OCT 2008 - SEP 2009, OCT 2007 - OCT 2007, OCT 2006 - SEP 2007**

**ARMY COURSE: SMARTFORCE, REGISTERED FOR ARMY E-LEARNING COURSES**

**LENGTH: 1 Day.**

**COURSE DESCRIPTION FROM SERVICE COURSE FILE:**
(Description Dates SEP 2006 - OCT 2012)
COURSE DESCRIPTION

(ARMY TRAINING HISTORY COURSE: SMARTFORCE)

**MILITARY TRAINING: OCT 2005 - SEP 2006**

**ARMY COURSE: 111624ENG, INTRUSION DETECTION AND RISK MANAGEMENT**

**LENGTH: 1 Day.**
  (ARMY TRAINING HISTORY COURSE: 111624ENG)

**MILITARY TRAINING: OCT 2005 - SEP 2006**

**ARMY COURSE: 112553ENG, WINDOWS XP: FUNDAMENTALS**

**LENGTH: 1 Day.**
  (ARMY TRAINING HISTORY COURSE: 112553ENG)

**MILITARY TRAINING: OCT 2005 - SEP 2006**

**ARMY COURSE: 116122ENG, MICROSOFT WINDOWS SERVER 2003: NETWORK**

**LENGTH: 1 Day.**
  (ARMY TRAINING HISTORY COURSE: 116122ENG)

**MILITARY TRAINING: OCT 2005 - SEP 2006**

**ARMY COURSE: 125070ENG, TCP/IP**

**LENGTH: 1 Day.**
  (ARMY TRAINING HISTORY COURSE: 125070ENG)

**MILITARY TRAINING: OCT 2005 - SEP 2006**

**ARMY COURSE: 125071ENG, IP ADDRESSING AND ROUTING**

**LENGTH: 1 Day.**
  (ARMY TRAINING HISTORY COURSE: 125071ENG)

**MILITARY TRAINING: OCT 2005 - SEP 2006**

**ARMY COURSE: 126360ENG, PLANNING AND IMPLEMENTING AN ACTIVE DIRECTORY**

**LENGTH: 1 Day.**
  (ARMY TRAINING HISTORY COURSE: 126360ENG)

**MILITARY TRAINING: OCT 2005 - SEP 2006**

**ARMY COURSE: 126380ENG, IMPLEMENTING ACTIVE DIRECTORY USERS AND GROUP**

**LENGTH: 1 Day.**
   (ARMY TRAINING HISTORY COURSE: 126380ENG)

---

**MILITARY TRAINING: OCT 2005 - SEP 2006**

**ARMY COURSE: 126381ENG, PLANNING AND IMPLEMENTING GROUP POLICY**

**LENGTH: 1 Day.**
   (ARMY TRAINING HISTORY COURSE: 126381ENG)

---

**MILITARY TRAINING: OCT 2005 - SEP 2006**

**ARMY COURSE: 65777ENG, OPERATING SYSTEMS AND TCP/IP**

**LENGTH: 1 Day.**

**COURSE DESCRIPTION FROM SERVICE COURSE FILE:**
(Description Dates MAR 2005 - OCT 2012)
   COURSE DESCRIPTION
   (ARMY TRAINING HISTORY COURSE: 65777ENG)

---

**MILITARY TRAINING: OCT 2005 - SEP 2006**

**ARMY COURSE: 65873ENG, ENCRYPTION TECHNOLOGIES**

**LENGTH: 1 Day.**

**COURSE DESCRIPTION FROM SERVICE COURSE FILE:**
(Description Dates MAR 2005 - OCT 2012)
   COURSE DESCRIPTION
   (ARMY TRAINING HISTORY COURSE: 65873ENG)

---

**MILITARY TRAINING: OCT 2005 - SEP 2006**

**ARMY COURSE: 65874ENG, FIREWALLS AND VPNS**

**LENGTH: 1 Day.**

**COURSE DESCRIPTION FROM SERVICE COURSE FILE:**
(Description Dates DEC 2004 - OCT 2012)
   COURSE DESCRIPTION
   (ARMY TRAINING HISTORY COURSE: 65874ENG)

---

**MILITARY TRAINING: MAR 2006 - AUG 2006**

**ARMY COURSE: 531-25B10, Information Technology Specialist**

**LENGTH: 20 weeks (794 hours)**

**COURSE DESCRIPTION FROM AMERICAN COUNCIL ON EDUCATION:**
(AR-1402-0168, Exhibit dates NOV 2004 - OCT 2012)

Upon completion of the course, the student will be able to maintain, troubleshoot , and repair networked personal computers, operating system software, windows XP and Microsoft 2003 Server; setup an exchange server and Microsoft Outlook; install and manage local area networks; install and maintain virus software; understand networking topologies; understand internetworking concepts, access lists, direction structures and account management; UNIX/Solaris installation; providing network security and protecting systems from worms and viruses; and understand several military-specific digital communications systems.

Practical exercises, discussion, classroom exercises, laboratory, and quizzes and exams. Topics include A+ and N+ hardware and software; problem determination and repair of PC's and networks; Transmission Control Protocol/Internet Protocol (TCP/IP); routers and switches; Windows XP and 2003 Server, Exchange and Outlook; UNIX/Solaris system administration; configuring CISCO routers and switches; firewalls and border security; tactical radio communications system set-up; and maneuver control system workstation mapping overlay.

**CREDIT RECOMMENDATION FROM AMERICAN COUNCIL ON EDUCATION**
(AR-1402-0168, Exhibit dates NOV 2004 - OCT 2012)

In the lower-division baccalaureate/associate degree category, 3 semester hours in digital communications systems, 3 in PC repair and maintenance, 3 in computer systems and applications, 3 in computer network fundamentals, 3 in computer operating systems, and 3 in information security management (8/07)(3/09).

(ARMY TRAINING HISTORY COURSE: 53125B10)

**MILITARY TRAINING: APR 2006 - APR 2006**

**ARMY COURSE: SMARTFORCE, REGISTERED FOR SMARTFORCE COURSES**

**LENGTH: 1 Day.**
(ARMY TRAINING HISTORY COURSE: SMARTFORCE)

**MILITARY TRAINING: MAY 2002 - JUN 2002**

**ARMY COURSE: 20231R10CTECBPAOTP, MULTICHANNEL TRANS SYS OPER-MAINTAINER ECB**

**LENGTH: 5 Weeks, 3 Days.**
(ARMY TRAINING HISTORY COURSE: 20231R10CTECBPAOTP)

**MILITARY TRAINING: APR 2002 - MAY 2002**

**ARMY COURSE: 202-31R10(CT) CC (P-AOT), Multichannel Transmission Systems Operator-Maintainer Common Core (CC)**

**LENGTH: 3 weeks (102 hours)**

**COURSE DESCRIPTION FROM AMERICAN COUNCIL ON EDUCATION:**
(AR-1404-0053, Exhibit dates FEB 2002 - SEP 2004)

Upon completion of the course, the student will be able to perform as a multichannel transmission systems operator-maintainer; use a technical manual; and install, operate, and maintain the Radio Access Unit (RAU).

Practical exercises, discussion, learner presentations, and classroom exercises. Topics include safety precautions; fundamentals of communication theory; ac/dc theory and schematic symbols; multi-channel transmission systems; mobile

subscriber equipment; digital group multiplex systems; and Radio Access Unit (RAU) site installation, operation, and maintenance.

## CREDIT RECOMMENDATION FROM AMERICAN COUNCIL ON EDUCATION
(AR-1404-0053, Exhibit dates FEB 2002 - SEP 2004)
  In the lower-division baccalaureate/associate degree category, 4 semester hours in radio transmission system maintenance. System maintenance includes ac/dc theory (5/05).
    (ARMY TRAINING HISTORY COURSE: 20231R10CTCCPAOT)

---

## MILITARY TRAINING: FEB 2002 - APR 2002

## ARMY COURSE: 750-BT, Basic Combat Training

## LENGTH: 9 weeks (464 hours)

## COURSE DESCRIPTION FROM AMERICAN COUNCIL ON EDUCATION:
(AR-2201-0399, Exhibit dates MAR 2000 - SEP 2005)
  Upon completion of the course, the student will be able to demonstrate the skills necessary for survival in a combat environment including marksmanship, physical conditioning, navigation, and combat techniques.
  Audio-visual materials, practical and classroom exercises, discussion, and lecture. Topics include physical fitness, marksmanship, communication skills, first aid, combat skills, tactics, navigation, N.B.C. weapons, and testing.

## CREDIT RECOMMENDATION FROM AMERICAN COUNCIL ON EDUCATION
(AR-2201-0399, Exhibit dates MAR 2000 - SEP 2005)
  In the lower-division baccalaureate/associate degree category, 2 semester hours in physical conditioning, 2 in marksmanship, and 1 in first aid (10/02)(10/02).
    (ARMY TRAINING HISTORY COURSE: 750BT)

---

## MILITARY TRAINING: JAN 2002 - FEB 2002

## ARMY COURSE: RECBN, Reception Battalion Attrition

## LENGTH: 3 Days.
    (ARMY TRAINING HISTORY COURSE: RECBN)

  ** Note: Limited training history is available prior to FY 84 (ARMY); FY 78 (NAVY); FY 70 (AIR FORCE);      **
     FY 67 (MARINE CORPS)

LANGUAGE PROFICIENCIES:

**Korean:**
  LISTENING: General Professional Proficiency
  READING:   General Professional Proficiency
  SPEAKING: Unknown Proficiency

### END OF AUTOMATED MILITARY EXPERIENCE AND TRAINING HISTORY DATA

---

  ** Note: This history includes only the centrally automated experience and training information that the services      **
     maintained on your military record

LEGEND CODE:

DOT: Dictionary of Occupational Titles published by the Department of Labor
OES: Occupational Employment Statistics published by the Office of Personnel Management
ONET: Occupational Information Network

PREVIOUS EDITION IS OBSOLETE

Washington

# DoD issues new rules for sex assault cases

**By Andrew Tilghman**
atilghman@militarytimes.com

Troops accused of sexual assault may be abruptly reassigned or transferred during a pretrial investigation, a measure intended to reduce the potential for contact between victims and alleged perpetrators, according to new rules unveiled by the Pentagon on Aug. 15.

It's one of several in the latest round of changes to the way military sexual assault reports are handled, coming amid mounting pressure from Congress to crack down on sexual predators in the ranks.

The new rules also will require that unrestricted reports of sexual assault, or those in which the victim agrees to cooperate with investigators, be fast-tracked to the desk of a one-star general or flag officer in that chain of command, an effort to improve oversight, official said.

And the Defense Department will begin providing attorneys for alleged victims of sexual assault to represent their interests in any legal proceedings. That aims to address concerns that many victims are wrongly targeted when they admit to low-level misconduct, such as underage drinking or fraternizing, during official statements about their attacks.

Critics of the military's current system say victims simply do not trust their chain of command to take their reports seriously and to aggressively investigate and punish the offenders.

The Pentagon's own data lends credence to those critiques. Internal surveys suggested that about 26,000 troops were the victims of unwanted sexual contact last year, yet the number of sexual assaults that are officially reported is less than 3,400, according to the report.

The top brass says these new measures are designed to increase victims' trust. "We want to in-crease the number of unrestricted reporting, and we can only get that if we work on the trust of the victims," Lt. Gen. Curtis Scaparrotti, director of the Joint Staff, said at a new briefing at the Pentagon.

The term "unrestricted reporting" refers to a complete report from a victim who is willing to file a criminal complaint. The military also allows for "restricted reporting" that allows victims to seek medical care and counseling for a sexual assault without triggering a criminal investigation and charges.

Support on Capitol Hill is growing for a proposed law that would strip commanders of their authority to oversee sexual assault cases that occur in their commands and instead create a new military legal office to prosecute offenders.

Supporters of that idea say the current system is flawed because victims may be reluctant to file reports to their own workplace su-pervisors, and commanders may be reluctant to aggressively pursue accusations lodged against troops under their command.

The military brass emphatically opposes the idea, saying it would undermine commanders' authority and limit their ability to crack down on sexual assaults.

Scaparrotti said the latest changes were made in "collaboration" with Congress.

But one of the military's toughest critics, Sen. Kirsten Gillibrand, D-N.Y., said the new rules still do not go far enough.

"The Pentagon taking action is a good thing, and these are positive steps forward, but it is not the leap forward required to solve the problem. We have heard over and over again from the victims and the top military leadership themselves, there is a lack of trust in the system that has a chilling effect on reporting," Gillibrand said Aug. 15.

She has 38 cosponsors for her bill that would strip oversight from commanders.

Other changes announced by the Pentagon include the requirement that pre-trial hearings for troops accused of sexual assault must be overseen by an officer who is a trained attorney.

The DoD Inspector General also will begin routinely evaluating closed sexual assault investigations to ensure proper procedures were followed.

The change that will give commanders the authority to reassign or transfer troops accused of sexual assault came in response to critics who said victims can be traumatized by repeatedly encountering their attackers.

Previous rules allowed commanders to reassign or transfer the victims, but critics say that placed an unfair burden on the victims. □

*Staff writer Rick Maze contributed to this story.*